

January 16, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 10:02:13 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE SUSAN BROWN
185TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: CHARLES TREVAUGHN TIGG BLAKEY

Cause No: 1409461

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/22/2014
**Sentence Imposed Date:** 06/27/2014
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Harris County District Clerk's Office
c/o Chris Daniel
1201 Franklin St.
Houston, Tx 77002

1394420
1410435
1409462/61

1857th

14/986
987

2014 DEC 22 PM 2:20

RE: Appeals

Please be advised that I would like to file for an appeals

on all cases that I was sentenced to on June 26, 2014.

I hope that an attorney will be appointed to me and assist

in this appeal.

Also, I am requesting all paperwork pertaining to the cases

I was sentenced to on the above date.

Thank you and Please notify me of the courts decision

Charles Blakes No. 01938923
Cotulla Unit
610 Fm 624
Cotulla, Texas 78014

Denied
1-14-15

992
990
993
994

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

 

Cause No. 1409461.

THE STATE OF TEXAS

v.

Charles Blakey, Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

FILED
Chris Daniel
District Clerk

Time: _____ JUN 27 2014

By _____

Harris County, Texas
Deputy

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 24031692

Mailing Address: 1425 N. Durham

Telephone number: 7.677.0765

Fax number (if any): 7.677.0754

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

Court **185** Due: 8-26-14

Cause No. **1st 1409461**

## The State of Texas

Vs

*Charles Trevaughn Suggett Blakey*

Date Notice Of Appeal: 6-27-14  12/22/14

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding _Susan Brown_
Court Reporter _N/A_
Court Reporter _WAVED_
Court Reporter _____

Attorney ~~on Trial~~ _Juan Aguirre_

Attorney on Appeal _N/A_

Appointed_____ Hired_____

Offense _Fraud Use / Pass ID info <5_

Jury Trial: Yes_____ No _X_

Punishment Assessed _214 DAYS HCg 12.44(A)_

Companion Cases (If Known) _1409462 / 1410435 / 1394420 /_

Amount of Appeal Bond _N/A_

Appellant Confined: Yes _X_ No_____

Date Submitted To Appeal Section _~~12~~ 1/14/15_

Deputy Clerk _____

_997_